## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

In 2008, law enforcement obtained information that an individual, Individual A, had been using Google Hello as a means to distribute child pornography over the internet. Specifically, between January 2 and 23, 2008, during several online chats, Individual A distributed more than 600 files containing graphic images and movies of child pornography to an undercover detective that Target A believed was a 13-year-old boy. A search warrant and forensic analysis conducted upon Individual A's home computer revealed that Individual A had been actively trading child pornography with other Google Hello users, including chats and trades with **LAWRENCE FRANCIS ROBINSON**.

On December 31, 2007 and January 1, 2008, **ROBINSON** engaged in 4 Google Hello chats with Individual A. During the chat sessions, **ROBINSON** and Individual A engaged in sexually explicit conversations and exchanged images and videos depicting the sexual abuse of prepubescent boys, including images depicting masturbation and oral and anal sex with adult males. For example, on December 31, 2007, **ROBINSON** engaged in the following chat with Individual A (errors in original):

> Individual A: can you please resend your videos one at a time i lost all bust the first one
> **ROBINSON**: ok
> **ROBINSON**: i have no clue what i send you, but i'll send
> Individual A: hott young boys fucking cumming sucking peeing tied or rape please
> **ROBINSON**: lol
> **ROBINSON**: ok

During this chat, **ROBINSON** provided Individual A with 21 images of children engaged in sexually explicit conduct, including an image of a prepubescent boy masturbating, an image of lascivious exhibition of a prepubescent boy with exposed genitals, and an image of an adult male anally penetrating a prepubescent boy. One of the images sent by **ROBINSON**, who was located in North Beach, Maryland, to Individual A, located in Virginia, was a file entitled "1181470472106.jpg," which depicted an adult male forcing a young male down and anally penetrating the child.

On November 5, 2009, Federal Bureau of Investigation (FBI) agents interviewed **ROBINSON**, who admitted using chat programs, chatting with Individual A and receiving videos from people he met on-line. **ROBINSON** initially denied but later admitted to using Google Hello. **ROBINSON** consented to a search of his laptop computer, an HP Pavilion laptop computer, Model DV6000, bearing serial number CNF7034KS1. Agents scanned that computer on-scene and located child pornography, specifically a video named "pt boys having fun.mpg," which depicted two nude prepubescent boys masturbating with one boy straddling the other boy on a bed. **ROBINSON** indicated there would be 25 to 50 similar videos and pictures on the computer and admitted

downloading them. **ROBINSON** further stated that he did not automatically download files, but rather selected files he wanted to keep and then placed those files into a specific folder.

**ROBINSON** also told the agents that he was turned on by the appearance of non-muscular males. **ROBINSON** stated that he chatted with individuals on-line and admitted to chatting with at least one boy under the age of 18. **ROBINSON** had used a webcam on occasion when chatting with people online and did talk online with one male who looked like an "older kid," but **ROBINSON** "felt" that he was 18. **ROBINSON** met in-person five males whom he initially met from online chat. **ROBINSON** believed the males to be 18, 19, 21 and older.

On December 14, 2009, a search warrant was executed at **ROBINSON**'s home, where law enforcement recovered various computers and other digital media. **ROBINSON** was again interviewed and admitted that certain items seized from him contained child pornography. **ROBINSON** told the agents that he had adult and child pornography, masturbated to both, and had received a pornographic image of a child as young as one or two years old, which he downloaded through Google Hello and may have saved that image to his computer. **ROBINSON** also indicated that he had peer-to-peer software on his computer and had shared child pornography through this program. **ROBINSON** stated that the following seized items contained or had been used to view child pornography:

- Dell Dimension 8400 tower computer bearing serial number 4KP4F51; and
- Buffalo USB Flash drive Model RUF-6256M bearing number 03032600736.

**ROBINSON** also admitted to having sex twice with a 17-year old male from Annapolis, Maryland two years earlier, but stated that the male told **ROBINSON** he was 18. **ROBINSON** later told investigators that he had also had sex with a 17-year old in Ohio, but again stated that the boy told **ROBINSON** he was 18.

Immigration and Customs Enforcement (ICE) later performed forensic analyses upon **ROBINSON**'s electronic devices, which confirmed that the items discussed above contained images depicting the sexual abuse of children. Specifically, the HP laptop, seized in November 2009, contained seven images and three videos containing child pornography. The Dell Dimension 8400 tower computer bearing serial number 4KP4F51, seized on December 14, 2009, contained 683 images and 57 videos of child pornography, the overwhelming majority of which depicted young males aged 15 and under. Approximately 10-20 of those images involved toddlers. Almost all of the child pornography contained on this computer had been placed in the recycle bin shortly after the FBI interviewed **ROBINSON** in November 2009. There were an additional 62 deleted files with names indicative of child pornography but these files were corrupt and could not be viewed. The Buffalo USB Flash drive Model RUF-6256M bearing number 03032600736 contained an additional 18 images and 15 videos of child pornography.

**ROBINSON** also had bookmarks indicative of child pornography and **ROBINSON**'s registry indicated that he had viewed such images within days before the search warrant. The forensic examiner further found that **ROBINSON** had previously had a peer-to-peer file sharing program installed on the computer and used that program to share files containing child pornography.

**ROBINSON**'s Dell computer also indicated prior use of the Hello chat program and use of that program to trade child pornography, but showed that the program had recently been deleted. ICE also found the images distributed by **ROBINSON** to Individual A through Google Hello, including 1181470472106.jpg. Identical images were also found on Individual A's computer.

\*   \*   \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_02 MAR 11_
Date

_[signature]_
Lawrence Francis Robinson